Opinion issued November 1, 2011

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00869-CV

———————————

IN re ETC NGL TRANSPORT, LLC, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relator,
ETC NGL Transport, LLC, has filed a petition for writ of mandamus, challenging
the trial court’s entry of an Order Modifying Agreed Protective Order.[1]  

We deny the petition for
writ of mandamus.  All pending motions
are denied as moot.

 

PER CURIAM

Panel
consists of Justices Jennings, Higley, and Massengale.

 











[1]
          The underlying case is ETC NGL Transport, LLC v. Occidental
Chemical Corporation, No. 2011-30775, in the 189th District Court of Harris
County, Texas, the Honorable William Burke presiding.